# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IGNITE USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 16-CV-1930 |
| | ) | |
| v. | ) | Judge |
| | ) | |
| PACIFIC MARKET INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

### PLAINTIFF IGNITE USA, LLC'S NOTICE OF CLAIMS INVOLVING PATENTS PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4, Ignite USA, LLC hereby provides to the Clerk the information requested in 35 U.S.C. § 290 for claims involving patents.

The names and the addresses of the parties are as follows:

**PLAINTIFF**

Ignite USA, LLC
180 North LaSalle Street
Suite 700
Chicago, Illinois 60601

**DEFENDANT**

Pacific Market International, LLC
2401 Elliott Ave
4th Floor
Seattle, Washington 98121.

The patent and corresponding name of the inventor are as follows:

United States Patent No. 8,590,731
Issued: November 26, 2013
Inventor: Steven N. Pinelli

Respectfully submitted,

IGNITE USA, LLC

Dated: February 3, 2016				By:   /s/  Jonathan M. Cyrluk
							One of its attorneys

Stephen M. Schaetzel (pro hac vice to be filed)
GA Bar No. 628653
Warren J. Thomas (pro hac vice to be filed)
GA Bar No. 164714
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
sschaetzel@mcciplaw.com
wthomas@mcciplaw.com


Jonathan M. Cyrluk (ARDC No. 6210250)
Joshua S. Goldberg (ARDC No. 6277541)
Steven C. Moeller (ARDC No. 6290263)
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois  60601
Phone:  312-777-4300 – telephone
Fax:  312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Counsel for Plaintiff, Ignite USA, LLC*

3