# Exhibit B

# Patent Trial and Appeal Board Statistics

6/30/2016





**Narrative:**
This pie chart shows the total number of cumulative AIA petitions filed to date broken out by trial type (i.e., IPR, CBM, and PGR).

***Data current as of: 6/30/2016**





**Narrative:**
This bar graph depicts the number of AIA petitions filed each fiscal year, with each bar showing the filings for that fiscal year by trial type (i.e., IPR, CBM, and PGR).

***Data current as of: 6/30/2016**











**Narrative:**
These line graphs display the number of IPR, CBM, and PGR petitions filed each month and the total number of all petitions filed each month from the effective date of the AIA trial provisions.

***Data current as of: 6/30/2016**

uspto





**Narrative:**
This pie chart shows the total number of AIA petitions filed in the current fiscal year to date as well as the number and percentage of these petitions broken down by technology.

***Data current as of: 6/30/2016**

uspto









**Narrative:**

These three sets of bar graphs show the number of patent owner preliminary responses filed and waived/not filed each fiscal year in IPR, CBM, and PGR proceedings.

***Data current as of: 6/30/2016**



**Narrative:**
This chart shows the percentage of petitions instituted of all decisions on petition, by technology area.

***Data current as of: 6/30/2016**







## Narrative:

These three sets of bar graphs show the number of decisions on institution by fiscal year broken out by trials instituted (including joinders) and trials denied in IPR, CBM, and PGR proceedings. A trial that is instituted in part is counted as an institution in these bar graphs.

***Data current as of: 6/30/2016**







**Narrative:**
These three sets of bar graphs show settlements in AIA trials broken down by settlements that occurred prior to institution and settlements that occurred after institution in IPR, CBM, and PGR proceedings.

***Data current as of: 6/30/2016**

# Disposition of IPR Petitions Completed to Date*

**Narrative:**
This graph shows a stepping stone visual depicting the outcomes for all IPR petitions filed to-date that have reached a final disposition.

***Data current as of: 6/30/2016**

# Disposition of CBM Petitions Completed to Date*

**Narrative:**
This graph shows a stepping stone visual depicting the outcomes for all CBM petitions filed to-date that have reached a final disposition.

***Data current as of: 6/30/2016**

uspto

# Disposition of PGR Petitions Completed to Date*

**Narrative:**
This graph shows a stepping stone visual depicting the outcomes for all PGR petitions filed to-date that have reached a final disposition.

***Data current as of: 6/30/2016**



IPR Petitions Terminated to Date*
2543 Claims Found Patentable by PTAB in Final Written Decision
6265 Claims Remaining Patentable (Not Subject to Final Written Decision)
2053 Claims Cancelled or Disclaimed by Patent Owner
27861 Claims Challenged but Not Instituted
58766 Claims Not Challenged
108725
49959
22098
11237
Total Number of Claims Available to be Challenged within 3114 Petitions
Claims Challenged
Claims Instituted
Claims Found Unpatentable by PTAB in Final Written Decision

## Narrative:

This visual contains four cylinders. The first cylinder shows the total number of claims available to be challenged in the IPR petitions filed. The second cylinder shows the number of claims actually challenged and not challenged. The third cylinder shows the number of claims on which trial was instituted and not instituted. The fourth cylinder shows the total number claims found unpatentable in a final written decision, the number of claims canceled or disclaimed by patent owner after institution, the number of claims remaining patentable (not subject to a final written decision), and the number of claims found patentable by the PTAB.

**Note:** "Completed" petitions include terminations (before or after a decision on institution) due to settlement, request for adverse judgment, or dismissal; final written decisions; and decisions denying institution.

***Data current as of: 6/30/2016**



**Narrative:**
This visual contains four cylinders. The first cylinder shows the total number of claims available to be challenged in the CBM petitions filed. The second cylinder shows the number of claims actually challenged and not challenged. The third cylinder shows the number of claims on which trial was instituted and not instituted. The fourth cylinder shows the total number claims found unpatentable in a final written decision, the number of claims canceled or disclaimed by patent owner after institution, the number of claims remaining patentable (not subject to a final written decision), and the number of claims found patentable by the PTAB.

**Note:** "Completed" petitions include terminations (before or after a decision on institution) due to settlement, request for adverse judgment, or dismissal; final written decisions; and decisions denying institution.

***Data current as of: 6/30/2016**

uspto

## Trial Outcomes for Instituted Claims, by Technology

Mechanical/Business Methods (7455 claims)
Electrical/Computer (14667 claims)
Design (6 claims)
Chemical (1912 claims)
Biotechnology/Pharma (1356 claims)

0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

- Claims Found Unpatentable by PTAB in Final Written Decision
- Claims Cancelled or Disclaimed by Patent Owner
- Claims Found Patentable by PTAB in Final Written Decision

**Narrative:**
This chart shows claim outcomes for instituted trials, by technology area.

**Note:** Claims involved in instituted trials that settle or are dismissed are not depicted. Accordingly, a bar may not add up to 100%.

***Data current as of: 6/30/2016**

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE