# Exhibit C



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - Septeber 30, 2014

1. Total *Inter Partes* reexam requests filed from  11/29/99 to 9/16/2012............................ 1919

2. Number of Filings by dicipline
    a. Chemical Operation      286    15%
    b. Electrical Operation      865    45%
    c. Mechanical Operation      489    25%
    d. Design Patents      19    1%

3. Annual *Inter Partes* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2004 | 27 | 2008 | 168 | 2012 | 530 |
| 2001 | 1 | 2005 | 59 | 2009 | 258 | 2013 | NA |
| 2002 | 4 | 2006 | 70 | 2010 | 281 | 2014 | NA |
| 2003 | 21 | 2007 | 126 | 2011 | 374 | | |

4. Number known to be in litigation.................................. 1449    76%

5. Decisions on requests..................................    2005
    a. No. granted      1872    93%
        (1) By examiner      1863
        (2) By Director (on petition)      9
    b. No. denied      133    7%
        (1) By examiner      127
        (2) Reexam vacated      6

6. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency      36.9 (mos.)
    b. Median pendency      32.7 (mos.)

7. Total Inter Partes reexamination certificates issued (1999 – present) ......................... 964
    a. Certificates with all claims confirmed      68    7%
    b. Certificates with all claims canceled (or disclaimed)      303    31%
    c. Certificates with claims changes      593    62%



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Inter Parte* Reexamination Filing Data - Septeber 30, 2013

1. Total requests filed since start of *Inter Parte* reexam on 11/29/99………………………………   1919

2. Number of Filings by dicipline
| | | |
|---|---:|---:|
| a. Chemical Operation | 286 | 15% |
| b. Electrical Operation | 865 | 45% |
| c. Mechanical Operation | 489 | 25% |
| d. Design Patents | 19 | 1% |

3. Annual *Inter Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2004 | 27 | 2008 | 168 | 2012 | 530 |
| 2001 | 1 | 2005 | 59 | 2009 | 258 | 2013 | NA |
| 2002 | 4 | 2006 | 70 | 2010 | 281 | | |
| 2003 | 21 | 2007 | 126 | 2011 | 374 | | |

4. Number known to be in litigation………………………………   1449   76%

5. Decisions on requests………………………………   2005
| | | |
|---|---:|---:|
| a. No. granted | 1872 | 93% |
| (1) By examiner | 1863 | |
| (2) By Director (on petition) | 9 | |
| b. No. denied | 133 | 7% |
| (1) By examiner | 127 | |
| (2) Reexam vacated | 6 | |

6. Overall reexamination pendency (Filing date to certificate issue date)
| | |
|---|---:|
| a. Average pendency | 36 (mos.) |
| b. Median pendency | 31.8 (mos.) |

7. Total ex parte reexamination certificates issued (1999 – present) ………………………   696
| | | |
|---|---:|---:|
| a. Certificates with all claims confirmed | 53 | 8% |
| b. Certificates with all claims canceled (or disclaimed) | 219 | 31% |
| c. Certificates with claims changes | 424 | 61% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
updated as of 11/22/13



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *inter partes* reexam on 11/29/99……….................    1919

2. Number of Filings by dicipline

|   |   |   |
|---|---|---|
| a. Chemical Operation | 350 | 18% |
| b. Electrical Operation | 985 | 51% |
| c. Mechanical Operation | 564 | 29% |
| d. Design Patents | 20 | 1% |

3. Annual *Inter Partes* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2004 | 27 | 2008 | 168 | 2012 | 530 |
| 2001 | 1 | 2005 | 59 | 2009 | 258 | | |
| 2002 | 4 | 2006 | 70 | 2010 | 281 | | |
| 2003 | 21 | 2007 | 126 | 2011 | 374 | | |

4. Number known to be in litigation……………………………………………………….    1272    66%

5. Decisions on requests…………………………………………………………………….    1789

|   |   |   |
|---|---|---|
| a. No. granted……………………………………………………… | 1682 | 94% |
| (1) By examiner | 1673 | |
| (2) By Director (on petition) | 9 | |
| b. No. denied………………………………………………………… | 107 | 6% |
| (1) By examiner | 101 | |
| (2) Reexam vacated | 6 | |

6. Overall reexamination pendency (Filing date to certificate issue date)

|   |   |
|---|---|
| a. Average pendency | 39.5 (mos.) |
| b. Median pendency | 34.1 (mos.) |

7. Total *Inter partes* reexamination certificates issued (1999 – present) ……………………    373

|   |   |   |
|---|---|---|
| a. Certificates with all claims confirmed | 44 | 12% |
| b. Certificates with all claims canceled (or disclaimed) | 169 | 45% |
| c. Certificates with claims changes | 160 | 43% |

updated 8/5/13



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data – September 30, 2011

1.  Total requests filed since start of *inter partes* reexam on 11/29/99 ........................................................... 1389[1]

2.  Number of filings by discipline

    |     |                     |     |     |
    | --- | ------------------- | --- | --- |
    | a.  | Chemical Operation  | 250 | 18% |
    | b.  | Electrical Operation | 722 | 52% |
    | c.  | Mechanical Operation | 401 | 29% |
    | d.  | Design Patents      | 16  | 1%  |

3.  Annual Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    | --- | --- | --- | --- | --- | --- | --- | --- |
    | 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
    | 2001 | 1 | 2004 | 27 | 2007 | 126 | 2010 | 281 |
    | 2002 | 4 | 2005 | 59 | 2008 | 168 | 2011 | 374 |

4.  Number known to be in litigation……………………...……………………………………..974………………...70%

5.  Decisions on requests .............................................................................................................................. 1246

    a.  No. granted .............................................................................................. 1187 ........................ 95%

        (1)  By examiner                                1178
        (2)  By Director (on petition)                  9

    b.  No. not granted ............................................................................................ 59 ........................... 5%

        (1)  By examiner                                54
        (2)  Reexam vacated                            5

6.  Overall reexamination pendency  (Filing date to certificate issue date)
    a.  Average pendency                          36.2 (mos.)
    b.  Median pendency                           32.9 (mos.)

7.  Total inter partes reexamination certificates issued (1999 - present) ......................................................... 305

    |     |                                                      |     |     |
    | --- | ---------------------------------------------------- | --- | --- |
    | a.  | Certificates with all claims confirmed               | 35  | 11% |
    | b.  | Certificates with all claims canceled (or disclaimed) | 133 | 44% |
    | c.  | Certificates with claims changes                     | 137 | 45% |

---

[1]Of the requests received in FY 2011, 3 requests have not yet been accorded a filing date, and 5 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Inter Partes_ Reexamination Filing Data – September 30, 2010

1. Total requests filed since start of _inter partes_ reexam on 11/29/99 ........................................................1015[1]

2. Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 193 | 19% |
| b. | Electrical Operation | 506 | 50% |
| c. | Mechanical Operation | 304 | 30% |
| d. | Design Patents | 12 | 1% |

3. Annual Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
| 2001 | 1 | 2004 | 27 | 2007 | 126 | 2010 | 281 |
| 2002 | 4 | 2005 | 59 | 2008 | 168 | | |

4. Number known to be in litigation……………...…….…..………………….……694………………..68%

5. Decisions on requests ........................................................................................................................ 881

   a. No. granted ........................................................................................ 843 ........................96%

      (1) By examiner                841
      (2) By Director (on petition)   2

   b. No. not granted ................................................................................ 38 ..........................4%

      (1) By examiner    34
      (2) Reexam vacated  4

6. Overall reexamination pendency  (Filing date to certificate issue date)
   a. Average pendency                36.1 (mos.)
   b. Median pendency                 31.4 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ......................................... 192

   | | | | |
   |---|---|---|---|
   | a. | Certificates with all claims confirmed | 20 | 11% |
   | b. | Certificates with all claims canceled (or disclaimed) | 91 | 47% |
   | c. | Certificates with claims changes | 81 | 42% |

---

[1]Of the requests received in FY 2010, 4 requests have not yet been accorded a filing date, and 24 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - September 30, 2009

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ...........................................................734[1]

2. Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 148 | 20% |
| b. | Electrical Operation | 332 | 45% |
| c. | Mechanical Operation | 243 | 33% |
| d. | Design Patents | 11 | 2% |

3. Annual Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
| 2001 | 1 | 2004 | 27 | 2007 | 126 | | |
| 2002 | 4 | 2005 | 59 | 2008 | 168 | | |

4. Number known to be in litigation……………...…………….……………….……...498………………...68%

5. Decisions on requests ............................................................................................................................. 650

   a. No. granted ........................................................................................................ 619 ........................95%

      (1) By examiner  618
      (2) By Director (on petition)  1

   b. No. not granted ........................................................................................................ 31 ...........................5%

      (1) By examiner  27
      (2) Reexam vacated  4

6. Overall reexamination pendency  (Filing date to certificate issue date)
   a. Average pendency  35.8 (mos.)
   b. Median pendency  32.4 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ......................................................... 105

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 6 | 6% |
| b. | Certificates with all claims canceled (or disclaimed) | 57 | 54% |
| c. | Certificates with claims changes | 42 | 40% |

---

[1]Of the requests received in FY 2009, 4 requests have not yet been accorded a filing date, and 15 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data  -  September 30, 2008

1.  Total requests filed since start of *inter partes* reexam on 11/29/99 ............................................................476[1]

2.  Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 113 | 24% |
| b. | Electrical Operation | 179 | 38% |
| c. | Mechanical Operation | 173 | 36% |
| d. | Design Patents | 11 | 2% |

3.  Annual Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|
| 2000 | 0 | 2003 | 21 | 2006 | 70 |
| 2001 | 1 | 2004 | 27 | 2007 | 126 |
| 2002 | 4 | 2005 | 59 | 2008 | 168 |

4.  Number known to be in litigation……………….....…….….…………………..…….……..278………………...58%

5.  Decisions on requests ........................................................................................................................... 420

    a.  No. granted ........................................................................ 401 ........................95%

        (1)  By examiner                401
        (2)  By Director (on petition)     0

    b.  No. not granted ........................................................................ 19 ...........................5%

        (1)  By examiner                16
        (2)  Reexam vacated         3

6.  Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency                  32.6 (mos.)
    b.  Median pendency                   30.8 (mos.)

7.  Total inter partes reexamination certificates issued (1999 - present) ........................................................... 33

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 4 | 12% |
| b. | Certificates with all claims canceled (or disclaimed) | 22 | 67% |
| c. | Certificates with claims changes | 7 | 21% |

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and 7 requests had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).