IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, | |
|     Plaintiff, | Civil Action No. 16-cv-01930 |
| v. | Hon. Sara L. Ellis |
| PACIFIC MARKET INTERNATIONAL, LLC | **JURY TRIAL DEMANDED** |
|     Defendant. | |

## ORDER GRANTING MOTION TO STAY

Before the Court is Defendant Pacific Market International's Motion to Stay. The Court, having considered the Motion, finds that it should be GRANTED.

It is therefore ORDERED that this action is stayed at least until the U.S. Patent and Trademark Office ("USPTO") determines whether to institute the *inter partes* review ("IPR"). At that time, the parties shall report to the Court whether the USPTO instituted the IPR. If the USPTO institutes the IPR, this action will be further stayed until the USPTO issues a final written decision.

    SO ORDERED

28312113v.1