# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Ignite USA, LLC

                                  Plaintiff,

v.                                                Case No.: 1:16–cv–01930

                                                         Honorable Sara L. Ellis

Pacific Market International, LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2018:

      MINUTE entry before the Honorable Sara L. Ellis:Status hearing held on 5/15/2018. Parties report on finalization of settlement. Status hearing set for 6/14/2018 at 1:30 PM. If stipulation of dismissal is filed prior to status date, no appearance is required. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.