IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 1:16-CV-01930<br><br>Honorable Sara L. Ellis |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The above-named Parties have settled this matter pursuant to a Settlement Agreement, the terms of which provide for the substance of this Stipulation of Dismissal Without Prejudice and, to the extent necessary, are incorporated herein by reference.

Pursuant to said Settlement Agreement and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ignite USA, LLC and Defendant Pacific Market International, LLC hereby stipulate to a dismissal, without prejudice, of all claims and counterclaims in this action. Each Party shall bear its own costs.

| | |
|---|---|
| DATED: July 25, 2018 | Respectfully submitted, |

| | |
|---|---|
| /s/ Warren J. Thomas<br>Stephen M. Schaetzel (pro hac vice)<br>GA Bar No. 628653<br>Warren J. Thomas (pro hac vice)<br>GA Bar No. 164714<br>MEUNIER CARLIN & CURFMAN LLC<br>999 Peachtree Street NE, Suite 1300<br>Atlanta, Georgia 30309<br>Phone: 404-645-7700<br>Fax: 404-645-7707<br>sschaetzel@mcciplaw.com<br>wthomas@mcciplaw.com<br><br>Jonathan M. Cyrluk (ARDC No. 6210250)<br>Joshua S. Goldberg (ARDC No. 6277541)<br>Steven C. Moeller (ARDC No. 6290263) | /s/ Patrick T. Muffo (with permission)<br>Michael R. Levinson<br>Patrick T. Muffo<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>(312) 460-5000<br>Fax: (312) 460-7000<br>mlevinson@seyfarth.com<br>pmuffo@seyfarth.com<br><br>*Counsel for Defendant Pacific Market International* |

CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois 60601
Phone: 312-777-4300 – telephone
Fax: 312-777-4839 – facsimile
cyrluk@carpenterlipps.com
goldberg@carpenterlipps.com
moeller@carpenterlipps.com

*Counsel for Plaintiff, Ignite USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 25, 2018, I electronically filed the foregoing **Stipulation of Dismissal Without Prejudice** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ Warren J. Thomas
One of the Attorneys for Plaintiff Ignite USA, LLC